# WILLIAMS FAMILY MENTAL HEALTH HISTORY



## DWIGHT WILLIAMS

### SUICIDAL AND HOMICIDAL TOWARD FAMILY

| | |
|---|---|
| Patrick Harris Psychiatric Hospital | 1993 |
| Charter Psychiatric Hospital | 1994 |
| Greer Mental Health | 1992-1993 |
| Piedmont Mental Health | 1992 |
| Greenville Mental Health | 1994-1997 |
| CrisisLine | 1993 |

DX:   Major Depression, Episode Severe; watch for Bipolarity; Alcohol Dependence
MEDS: Sinequan, Doxepin, consider for Lithium

## DAISY LEIS SCHELLER, WILLIAMS, SEIFERT, HUCKABY

### SUICIDAL

| | |
|---|---|
| Greenville Hospital Emergency Room | 1993 |
| Hillcrest Hospital Emergency Room | 1996 |
| Greenville Hospital Emergency Room | 1997 |
| Greenville Hospital Emergency Room | 2003 |
| Dr. Kevin Smith | 1997 |
| Dr. Rhett Myers | 1997 |
| Neurology Consultants | 1999 |

DX:   Overdose, Depression, Poisoning by Antidepressant, Anxiety, Panic, Alcohol Abuse
MEDS: Wellbutrin, Xanax, Tofranil, Imipramine, Valium

## BRYANT WILLIAMS

### SUICIDAL AND HOMICIDAL TOWARD FAMILY

| | |
|---|---|
| Chestnut Hills Psychiatric | 1986 |
| South Carolina State Hospital | Years earlier |
| Greenville Mental Health | 1985 |

DX:   Adjustment Disorder; Depression; Dysthymic Disorder; Passive-Aggressive
      Personality Disorder, Mild Mental Retardation
MEDS: Haldol, Klonopin, Halcion

MAUREEN WILLIAMS BANGCUYO          SUICIDAL FEELINGS;
        DX: Depression; Insomnia
        MEDS: Paxil, Trazodone          2004

MARY WILLIAMS SNIPES    "APPEARS TO BE MENTALLY ILL"(1993)," BAD
                        NERVES," THREATENING, UNSTABLE