**EXHIBIT 6 REPORT, AFFIDAVIT AND LABORATORY RESULTS.**

Exhibit 6 is the Merlin Butler report, affidavit and lab results. The work was not authorized by the Court until January 23, 2017 and it takes the lab 6 to 8 weeks to complete the study and then forward those results to Dr. Butler for analysis and report. It will be included as soon as it is received by counsel.