## Mauldin, John

**From:** Mauldin, John
**Sent:** Thursday, August 26, 2004 9:23 AM
**To:** 'Vog12@aol.com'
**Subject:** RE: memo on Evans report

Confirmed by phone. JM

-----Original Message-----
**From:** Vog12@aol.com [mailto:Vog12@aol.com]
**Sent:** Wednesday, August 25, 2004 6:42 PM
**To:** JMauldin@greenvillecounty.org
**Subject:** Re: memo on Evans report

Confidential Attorney Work Product

RE: Evans findings

In the meantime, had a call from Rob Richards who in his enthusiasm (I think I remember what that was like), asked me about brain damage. I told him we had a little. He asked what and I told him a little parietal to frontal. Then he got real excited about some condition of brain deterioration he knows about and wanted to see the QEEG. I told him Whoa! Down Boy! and that while we would be very interested in his theory, he has to wait a minute. He said he would order an MRI immediately. But I cooled his jets. He wants the birth records to get the circumference of Chris's head at birth and his school testing. I told him I would get that to him if you approved. He wants it for weekend reading. I told him our plan for now was just incident reports and so forth but he really wants the school and birth. What do you think? There is nothing harmful in there that I can see. I know you want him to go to the introductory meeting with an open mind but I don't think the school and birth can hurt.

I will call his secretary tomorrow and set up for him to see parents and Maureen and set a date for him to meet you at the jail for introductions.

I have a call in to Marj for Follingstad.

I have a call in to Maureen regarding the phone records

Releases were sent to Warder

I want to prepare Rob a little for his meeting with Daisy and Dwight. Should I set a time to meet with him for a little prep where he just takes notes? Should he see Dwight's psych records before meeting with him or do you want cold turkey?

Jan

8/26/04

## Mauldin, John

**From:** Vog12@aol.com
**Sent:** Sunday, December 05, 2004 10:04 AM
**To:** JMauldin@greenvillecounty.org; jmauldin@greenvillecounty.org
**Cc:** billn@billnettles.com
**Subject:** re: Rob Richards

Confidential Attorney Work Product

John,
    Had an interesting conversation with Rob following his interview with Dwight. He is particularly focused on:

1. GMH record and whether or not the hospital asked for a psych consult.
2. The directive Daisy and Dwight tell him was given to Chris by Danny Hyatt following the assault in the parking lot, which to someone of Chris's wiring would have seemed a directive. What we need to know is did the journal predate Hyatt's comment to Chris. Rob says that the way Chris's brain is shaping up, in Chris's mind, Hyatt's comment (not to mention whatever he was hearing constantly from Daisy), would have become a repetitive order to act. He will discuss with Jim to determine if this would be consistent with Jim's findings.
3. Don't forget to call John Blume about functional MRI.
4. Rob also got a little feel of Asperger's and will pursue with Jim. He is confident on bipolar and OCD.
5. Rob says be careful with the functional MRI because there may be a finding that others would claim demonstrates sociopathy. John Blume says that is crap.
6. Rob's diagnosis for Daisy is "crazy."
7. I am pursuing DMV record and teachers. Will pursue GMH information after we meet and discuss.
8. Can't get Maureen to call back. Marjorie and I are going to show up on her doorstep if I don't hear from her this week. Marjorie will be back week after next to continue interviews.

Just finished depo on Friday and will devote rest of Dec. and January to Williams except for a quickie in Florida. Years ago I made a note of an inappropriate racial remark an attorney made about the client. I have already done one depo and now they want another one plus testimony at a hearing in January. Apparently the note in my file is the only reason this thing is staying alive so I have to go. They will fly me down in the morning, I will testify and be back that same day. Sheesh! Gotta do it.

Jan

12/6/04