Janet Vogelsang, MSW, BCD
12 East Earle Street
Greenville, South Carolina 29609
(864) 271-1777 office
(864) 271-5020 fax

August 25, 2004

DRAFT/Confidential Attorney Work Product
Memorandum

TO: John Mauldin
RE: Charles Christopher Williams

    On August 2, 2004, I spoke to Dr. Jim Evans regarding the results of his evaluation on Charles Christopher Williams.

    Dr. Evans stated from his notes that Chris has and average IQ but there is a split of 15 points between the verbal and performance parts of the test.

    We discussed the fact that the average IQ is consistent with his school records and that he had learning problems in school, repeating the first grade and dropping out in the ninth when he was seventeen years old.

    Dr. Evans also found that while Chris has a math disability, his listening comprehension is normal even though school records show a listening comprehension problem.

    On the Continual Performance Test, Chris's scores didn't show much in terms of problem except perhaps in the visual area but nothing significant.

    On the neuropsych portion of the test, the Halstead, Chris scored a .3 on the impairment index indicating mild brain damage. This could account for the IQ spilt between verbal and performance.

    There was an indication of impairment in the parietal cortical area with low decreased coherence which could account for his disability in arithmetic. He has an indentation in he head in this area where he was hit with a hammer at the age of four or five.

    The Tactual Performance test also indicated parietal impairment.

    There is some evidence of frontal lobe damage with rigid thought and some impulsivity. He responded impulsively to test questions.

In Dr. Evans opinion, there is a psychiatric/personality component to Chris's behavior. He theorizes that Chris was depressed prior to the crime and one could argue for psychotic depression.

Chris's girlfriend was a blend of mom and dad, a liar and a drunk.

Chris was not thinking straight. He thought he would go out by getting shot. He did not plan on her grabbing the gun or wrestling on the floor with her.

The frontal impairment could contribute to the mild brain damage combined with a psychotic depression. He was obsessed with Mandy and extremely stressed. The rigid thinking and impulsivity affected his reaction.

Dr. Evans did not recommend an MRI or CT or EEG.