STATE OF SOUTH CAROLINA
COUNTY OF GREENVILLE                              CASE NUMBER 03-130526        SEPTEMBER 3, 2003

I, CHARLES CHRISTOPHER WILLIAMS do hereby give freely and voluntarily this statement to INVESTIGATOR MICHAEL MCNAMARA and DEPUTY MICHAEL JOLLY who have identified themselves to me to be Deputies of the Greenville County Sheriff's Office, Greenville, South Carolina. I have been advised that I do not have to make this or any other statement, and that what I say can be used against me in a Court of Law. I have been advised that I have the right to Counsel with an Attorney of my choice, that if I am financially unable to obtain an Attorney the Court will appoint an Attorney to represent me. I have not been threatened or promised any reward to make this statement.

I am  20  years old, and I reside at:  506 WAXFORD WAY SIMPSONVILLE, SC 29662     288-0575
I have a  12TH  grade education, and I can read and write.

HIT HER IN THE FACE. I WANTED HER TO KNOW THAT I WASN'T GONNA LET HER SLAM MY HAND IN THE CAR DOOR. I LEFT AND WENT HOME AND TOLD MY MOM WHAT HAD HAPPENED. ABOUT 9:30 THAT NIGHT TWO OFFICERS CAME TO THE HOUSE AND TOLD ME THAT THEY HAD A WARRANT FOR MY ARREST AND THEY ARRESTED ME. THEY CHARGED ME WITH ASSAULT AND BATTERY WITH INTENT TO KILL AND I WENT TO JAIL. I GOT OUT OF JAIL AT 8PM THE NEXT NIGHT. MY LAWYER TOLD ME TO STAY AWAY FROM MIRANDA SO I DIDN'T HAVE ANY CONTACT WITH HER AFTER THE INCIDENT IN THE PARKING LOT. CW

I HAD BOUGHT A SHOTGUN LAST OCTOBER JUST TO HAVE THE GUN. I ALWAYS KEPT IT IN THE CASE IN MY BEDROOM AT HOME. THIS MORNING I LEFT MY HOUSE AT ABOUT 4AM. I WAS JUST RIDING AROUND THINKING ABOUT WHAT I WAS GONNA DO. I TOOK THE SHOTGUN WITH ME WHEN I LEFT THE HOUSE AND AT ABOUT 9AM I WENT TO THE BI-LO ON EAST NORTH STREET WHERE MIRANDA WORKS. WHEN I GOT TO THE STORE I DIDN'T REALLY KNOW WHAT WAS GONNA HAPPEN. I WALKED INTO THE STORE WITH THE SHOTGUN. I HAD IT OUT OF MY COAT AND RIGHT BY MY SIDE. I KIND OF SURPRISED ME THAT NOBODY ELSE SAW ME WITH THE GUN. I WALKED RIGHT DOWN ONE OF THE AISLES AND TO THE DELI/BAKERY. I WALKED AROUND THE COUNTER AND THERE WERE OTHER GIRLS WORKING THERE SO I TOLD THEM TO LEAVE. I SAW MIRANDA THROUGH THE DOUBLE DOORS SO I WALKED THROUGH THE DOORS AND SHE TURNED AROUND AND SAW ME. WE SAT IN THE DELI/BAKERY OFFICE AND SHE WAS ASKING ME WHY I WAS DOING IT AND TELLING ME THAT I SHOULD LET HER GO. WE TALKED FOR ABOUT 45 MINUTES OR SO AND SHE ASKED ME TWO OR THREE TIMES TO LET HER GO. WHILE I WAS TALKING TO MIRANDA, TWO OTHER MALE MANAGERS CAME BY. THEY WALKED BY THE OFFICE AND LOOKED IN AND SAW ME WITH MIRANDA. WHEN THEY SAW ME THEY KEPT WALKING BY THE OFFICE AND OUT THE DOUBLE DOORS. I HAD THE SHOTGUN WHEN THEY WALKED BY AND IT WAS POINTED AT THE DOOR. CW

WHILE I WAS IN THERE A NEGOTIATOR FROM THE SHERIFF'S OFFICE CALLED ME ON MIRANDA'S CELL PHONE. HE WAS CALLING ME ABOUT EVERY TEN MINUTES AND HE WAS ASKING ME IF I WAS GONNA LET MIRANDA GO. HE WAS CHECKING TO SEE IF SHE WAS OK AND MIRANDA TALKED TO HIM ABOUT 8 OR 9 TIMES. I TOLD THE NEGOTIATOR THAT I WOULD LET MIRANDA GO. I WAS ASKING FOR LIKE 45 MINUTES TO TALK TO HER AND THEN I WAS GONNA LET HER GO. AFTER WE TALKED WE LEFT THE OFFICE AND MIRANDA WALKED OUT FIRST. I WAS GONNA LET HER GO. I TOLD THE NEGOTIATOR THAT I WAS GONNA LET HER COME OUT AND I TOLD HIM THAT I WAS GONNA LEAVE THE GUN IN THE OFFICE. I WAS GONNA LEAVE THE GUN IN THE OFFICE OR IN THE DELI/BAKERY AND WHEN WE WALKED OUT OF THE OFFICE MIRANDA GRABBED THE BARREL OF THE GUN. I HAD THE SAFETY ON BUT WHEN SHE GRABBED IT SHE KNOCKED IT OFF SAFETY AND SHE PULLED THE TRIGGER AND THE GUN FIRED. I STRUGGLED WITH HER TO GET THE GUN AWAY FROM HER. I FINALLY GOT IT AWAY FROM HER AND SHE RAN OUT OF THE DOUBLE DOORS AND STARTED RUNNING THROUGH THE BACK OF THE DELI/BAKERY. SHE ALMOST MADE IT OUT FROM AROUND THE COUNTER AND I RAISED THE GUN AND SHOT IT THE FIRST TIME. I HIT HER IN THE BOTTOM OF HER BACK AND HER RIGHT ARM. SHE FELL ON THE GROUND AND SHE STARTED TO GET BACK UP AGAIN AND I SHOT HER A SECOND TIME. CW

I have read the above statement of  3  pages and it is true and correct as best I recall.

WITNESS:
_____ MCNAMARA/612
_____ JOLLY/514

I HAVE RECEIVED A COPY OF THIS STATEMENT
Charles Williams

Sworn before me this  3  day of  Sept  19 2003    NOTARY PUBLIC FOR SOUTH CAROLINA

Daniel L. Hawkins    Jan 13, 2008

STATE OF SOUTH CAROLINA
COUNTY OF GREENVILLE                        CASE NUMBER 03-130526        SEPTEMBER 3, 2003

I, CHARLES CHRISTOPHER WILLIAMS do hereby give freely and voluntarily this statement to INVESTIGATOR MICHAEL MCNAMARA and DEPUTY MICHAEL JOLLY who have identified themselves to me to be Deputies of the Greenville County Sheriff's Office, Greenville, South Carolina. I have been advised that I do not have to make this or any other statement, and that what I say can be used against me in a Court of Law. I have been advised that I have the right to Counsel with an Attorney of my choice, that if I am financially unable to obtain an Attorney the Court will appoint an Attorney to represent me. I have not been threatened or promised any reward to make this statement.

I am 20 years old, and I reside at: 506 WAXFORD WAY SIMPSONVILLE, SC 29662    288-0575

I have a 12TH grade education, and I can read and write.

WHEN I SHOT HER THE SECOND TIME I WAS ABOUT SEVEN OR EIGHT FEET WAY FROM HER. SHE WAS ON HER HANDS AND KNEES AND I SHOT HER IN THE BACK. SHE LAID BACK ON THE GROUND AND I SHOT HER TWICE MORE. I WAS STANDING MAYBE A FEW FEET AWAY FROM HER WHEN I SHOT HER THE LAST TWO TIMES. THE GUN WAS A MOSSBERG 500 AND I HAD IT LOADED WITH ONE SHELL OF TURKEY SHOT AND FOUR SHELLS OF BB SHOT OR BIRD SHOT. AT THAT POINT I REALLY DIDN'T HAVE MUCH INTENTIONS OF GOING TO JAIL SO I PUT THE GUN IN MY MOUTH AND I PULLED THE TRIGGER. I FORGOT THAT MIRANDA HAD FIRED ONE SHOT AND THE GUN WAS EMPTY SO IT JUST CLICKED. I PUT THE GUN DOWN BACK THERE AND I WALKED TO THE RIGHT SIDE OF THE STOCKROOM. I REALLY DON'T KNOW WHY I WALKED THAT WAY, I JUST STARTED WALKING. THEN I CAME BACK TO THE DELI/BAKERY OFFICE AND THAT'S WHEN THE SWAT TEAM WAS THERE. I HAD THE PHONE IN MY HAND AND I DROPPED IT AND PUT MY HANDS IN THE AIR. THEY TOLD ME TO LAY DOWN ON THE GROUND AND I DID. ONE GUY PUT HIS KNEE IN THE BACK OF MY NECK AND HE HANDCUFFED ME. THEN HE PULLED ME UP OFF OF THE GROUND. THEN THEY WALKED ME OUT FRONT AND THEN THEY PUT ME IN A CAR.

IF MIRANDA WOULDN'T HAVE TRIED TO TAKE THE GUN, NONE OF THIS WOULD HAVE EVER HAPPENED. I WAS JUST MAD OR ANGRY AT HER OVER THE WHOLE SITUATION. WHEN SHE GOT PREGNANT AND HAD THE ABORTION I WAS SURE THAT THE BABY WAS MINE. SHE HAD TOLD HER FRIENDS THAT I HAD GOTTEN HER PREGNANT SO I FIGURED THAT THE BABY WAS MINE. WE HAD BEEN HAVING SEX ALL DURING OUR RELATIONSHIP.

WHEN WE WERE WRESTLING OVER THE GUN, MIRANDA'S SHIRT CAME OFF. I WAS TRYING TO GRAB AHOLD OF HER ARM AND I CAUGHT THE SHIRT AND PULLED IT OFF OF HER. YOU'LL SEE EVERYTHING ON THE VIDEOTAPE AND IT WILL TELL YOU EVERYTHING THAT YOU WANT TO KNOW. I DIDN'T PURPOSELY PULL ON ANY OF HER CLOTHING. HER SHIRT CAME OFF WHILE WE WERE STRUGGLING BUT I DIDN'T TAKE IT OFF ON PURPOSE. END OF STATEMENT.

I have read the above statement of 3 pages and it is true and correct as best I recall.

WITNESS:
MCNAMARA/612
JOLLY/514

I HAVE RECEIVED A COPY OF THIS STATEMENT
Charles Williams

Sworn before me this 3 day of Sept 19 2003        NOTARY PUBLIC FOR SOUTH CAROLINA

Daniel L. Hawk    Jan 13, 2008

STATE OF SOUTH CAROLINA
COUNTY OF GREENVILLE                         CASE NUMBER 03-130526        SEPTEMBER 3, 2003

I, CHARLES CHRISTOPHER WILLIAMS                    , do hereby give freely and voluntarily this statement to
INVESTIGATOR MICHAEL MCNAMARA               and DEPUTY MICHAEL JOLLY
who have identified themselves to me to be Deputies of the Greenville County Sheriff's Office, Greenville, South Carolina. I have been advised that I do not have to make this or any other statement, and that what I say can be used against me in a Court of Law. I have been advised that I have the right to Counsel with an Attorney of my choice, that if I am financially unable to obtain an Attorney the Court will appoint an Attorney to represent me. I have not been threatened or promised any reward to make this statement.

I am __20__ years old, and I reside at: 506 WAXFORD WAY SIMPSONVILLE, SC 29662    288-0575

I have a __12TH__ grade education, and I can read and write.

ADDITIONAL PARTICULARS: DOB: 12-11-82    SSN: 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
I AM NOT UNDER THE INFLUENCE OF ANY ALCOHOL OR DRUGS AND I KNOW WHAT I AM DOING. I AM VOLUNTARILY GIVING THIS STATEMENT TO INVESTIGATOR MCNAMARA AND I GIVE HIM PERMISSION TO TYPE THIS STATEMENT FOR ME WHILE I TELL IT TO HIM. NOBODY HAD MADE ANY PROMISES TO MY CONCERNING MY STATEMENT AND I GIVE THIS STATEMENT OF MY OWN FREE WILL. CCW

****************************************************************************************

I MET MIRANDA WILLIAMS WHEN SHE AND I WORKED AT THE BI-LO ON WOODRUFF ROAD TOGETHER. I STARTED WORKING THERE IN MID 1999 AND THEN MIRANDA IN THE BEGINNING OF DECEMBER OF 2002. I STARTED AS A CLERK AND I WORKED MY WAY UP TO ASSISTANT PRODUCE MANAGER AT THAT STORE. MIRANDA WAS WORKING IN THE DELI/BAKERY AS A CLERK. WE STARTED OUT AS FRIENDS AND WE WOULD TALK A LOT AT WORK. WE TALKED FOR A FEW WEEKS BEFORE WE ACTUALLY STARTED DATING. WE STARTED DATING AROUND THE BEGINNING OF MARCH 2003. AT FIRST EVERYTHING WENT FINE AND THEN WE STARTED FINDING OUT WHAT KIND OF PEOPLE WE WERE AND IT JUST WENT TO HELL AFTER THAT. THE BIGGEST REASON WHY ALL THIS HAPPENED WAS THAT MIRANDA HAD GOTTEN PREGNANT AND HAD GOTTEN AN ABORTION AND DID NOT TELL ME ABOUT IT. I FOUND OUT FROM SOMEONE ELSE THAT MIRANDA HAD GOTTEN PREGNANT ABOUT THREE WEEKS INTO OUR RELATIONSHIP AND THAT SHE HAD GONE RIGHT OUT AND GOTTEN AN ABORTION. I DIDN'T SAY ANYTHING TO HER UNTIL AFTER WE SPLIT UP SOMETIME IN THE MIDDLE OF JUNE. MIRANDA DENIED THAT SHE HAD GOTTEN PREGNANT AND HAD GOTTEN AN ABORTION BUT EVERYONE ELSE WAS TELLING ME THAT IT WAS TRUE. THAT'S THE MAIN REASON WHY WE BROKE UP AND WHY ALL THIS HAPPENED. MIRANDA HAD ALWAYS BEEN IN TROUBLE AND SHE WOULD ALWAYS TELL ME THAT SHE WAS ON ECSTACY, COCAINE, HEROIN, AND OTHER THINGS. I NEVER SAW HER TAKE DRUGS BUT SHE WAS AROUND ME WHEN SHE WAS OBVIOUSLY HIGH. SHE WOULD ALWAYS TELL ME THAT SHE DIDN'T SEE WHY I WOULD WANT ANYTHING TO DO WITH HER. SHE KNEW THAT I WASN'T IN TO THAT STUFF AND SHE KNEW THAT I DIDN'T LIKE IT. AT ABOUT THE TIME THAT WE SPLIT UP, MIRANDA TRANSFERED TO THE STORE ON EAST NORTH STREET AND HAD BEEN THERE EVER SINCE. CCW

OVER THE NEXT MONTH OR SO I MIGHT HAVE TALKED TO MIRANDA ONE OR TWO TIMES ON THE PHONE. I THINK WE EACH CALLED THE OTHER PERSON ONCE. WE CALLED EACH OTHER JUST TO TALK. EVEN THOUGH WE SPLIT UP, MIRANDA SAID THAT SHE STILL WANTED TO BE FRIENDS. THAT REALLY WASN'T WORKING SO I JUST GAVE UP TRYING. THEN IN THE MIDDLE OF JULY I GOT ARRESTED. I WENT UP TO BI-LO ON EAST NORTH STREET TO TALK TO HER. WE TALKED OUTSIDE FOR A FEW MINUTES AND I ASKED IF I COULD COME BACK AND TALK TO HER ON HER LUNCH BREAK. SHE SAID YES AND I WENT BACK ABOUT 3 HOURS LATER. WHEN I WENT BACK UP THERE I WAITED IN THE PARKING LOT. MIRANDA CAME OUT AND SHE WALKED OVER TO HER CAR. I THOUGHT THERE WAS A PROBLEM SO I GOT OUT AND WALKED OVER TO HER DRIVERS SIDE CAR DOOR AND SHE STARTED CUSSING AND SCREAMING AT ME. WE WERE THERE FOR ABOUT 15 OR 20 MINUTES ARGUING IN THE PARKING LOT. I DIDN'T KNOW WHAT WAS WRONG WITH HER. SHE SLAMMED MY HAND IN THE CAR DOOR AND I KNOW I SHOULDN'T HAVE DONE IT BUT I CCW

I have read the above statement of __3__ pages and it is true **and correct as best I recall.**

WITNESS:
_____ MCNAMARA/612
_____ JOLLY/514

I HAVE RECEIVED A COPY OF THIS STATEMENT
Charles Williams

Sworn before me this __3__ day of __Sept__ 19 __2003__

NOTARY PUBLIC FOR
David L. Hawk
Jan 13, 2008