STATE OF SOUTH CAROLINA
County of Greenville

In the Court of Common Pleas
2010-CP-23-9792

CHARLES CHRISTOPHER WILLIAMS, Applicant,

V.

THE STATE OF SOUTH CAROLINA, Respondent.

### AFFIDAVIT OF LINDA MROZ

I am a mitigation investigator in Idaho. I was asked to conduct an interview with the petitioner's grandmother, Erika Shedd. A typed version of my notes is attached. I work for the Federal Capital Habeas unit in Idaho and have for several years. I would have gladly conducted this interview in 2004 or 2005 if the defense team had called me.

Linda Mroz

Boise, Idaho

Sworn to me this 23rd day of January, 2013

Notary Public for Idaho
My commission expires: 8/24/13

GREG WORTHEN
NOTARY PUBLIC
STATE OF IDAHO

Interview with Erika Shedd
By Linda Mroz 9/25/12
Phone 208-732-5505

- Norman "Bruno" Brown; he was 21/22 years old; wore no glasses. Brown Eyes/Brown Hair; Was originally from NY/NJ she believes; she knew him for 2 years; very light skinned.

- He may have had a brother

- Their daughter Daisy looked just like her Dad

- Erika met him at a dance on his military base in Nuremberg, Germany; he was an MP (military police officer); he was not much of a drinker. This was about 1948 through 1950 when they dated. In those days there was no way women were going home with black guys to US; not at that time.

- Norman played in band; instrument unknown.

- Her Stepmother [Margarete (Née Nagel)] was a cruel woman who was jealous of her late mother's memory. Her mother died suddenly at 38 years of age, after a short, 2 days, but fatal illness associated with cysts in her throat. She died in hospital during the war in 1943. Her Father was himself hospitalized with same cyst condition he caught from mother. She stated they almost lost the father as well.

- The family home burned down in old town Nuremberg during phosphorus bombing. The family stayed in a huge place that was a shelter but even there was danger – the water pipes were collapsing over their heads. The whole town burned. Her uncle finally found them and took them all in – their six kids plus the Uncle had six children of his own.

- they were later evacuated to a farm for one year; one room building; they had lost everything; Dad had been a shoemaker – he lost all his tools and machines in bombing. Later they were able to move back to the city into low income homes

- during the last days of the war there was bombing every hour. They were in a bomb shelter and could hear heavy trucks and tanks rolling over above us in the street. Soldiers from US came down to the shelter and took over their shelter.

- After Daisy was born her Dad and stepmom took her – Erika had nothing to give, no money, no job, no husband. Her Aunts and Uncles liked her daughter Daisy and they got to have

Page 1 of 2

relationships with her. Their friends all came to see her after Daisy was born (Bruno's friends). These friends could tell her nothing more about Bruno, where he was from, after he was sent back to the States.

- Leaving Daisy with her father and stepmother, she moved with a girlfriend to Munich where she got a job waiting tables. This is where she met her future husband Harold, who was serving in the Army. We dated 3-4 years and then she emigrated to CA in 1960 after she became pregnant with eldest child Sandra. Harold was still in the Army and his discharge was delayed so he sent her ahead to the care of his parents in the US. Their child Sandra was born on January 19, 1961 in Colorado Springs. Her in-laws picked her up and took her to Alturas, CA.

- Her siblings left in Germany; Manfred, Helga, Otto.

- Daisy has called her to ask for $ but as Erika is on a fixed income/living with my son this was not possible. Erika suggested she call her family in Germany for help.

- Daisy and the client, Chris, visited Erika and her family when Chris was about 10 years old. This was during the Christmas holidays she believes. Erika and the others all thought he was a strange boy. He urinated on the carpet in one of the granddaughter's rooms.