IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

Charles Christopher Williams,

        Petitioner,

-vs-

Bryan Stirling, Director, SCDC
And Joseph McFadden, Warden
Lieber Correctional Institution,

        Respondents.

CA N. 6:16-cv-1655-JMC-KFM
**CAPITAL CASE**

### AFFIDAVIT OF WILLIAM NORMAN NETTLES

William Norman Nettles who, first being duly sworn states and deposes as follows:

1. John Mauldin and I were counsel for Christopher Williams in the capital case of South Carolina v Charles Christopher Williams tried to a jury in 2005.

2. I have reviewed the testimony of Tina Smith offered during the State's aggravation case at sentencing. There was no strategic reason for not objecting to the testimony starting on page 2190 and running through page 2199 as improper victim impact testimony.

3. I have also reviewed the letter the client wrote to Dr. Seymour Halleck and the trial transcript pages 2190-2199 and 2204 and state that there was no strategic reason for not making the client's remorse a part of the mitigation case and part of the defendant's closing argument at sentencing.

Sworn to before me this 30th day of January, 2017.

_____
Notary Public for South Carolina
My Commission Expires: April 4, 2024

_____
WILLIAM NORMAN NETTLES

1