Dr. Halleck, it has been a few weeks since the last time we spoke and I wanted to write you and tell you some of the feelings and thoughts that I had on my mind. The problem I have is one of extreme guilt and shame that I have suffered from since this ordeal unfolded. What I want to tell you is that over the time I have been at the Detention Center it has been a more or less constant struggle to accept the facts that I have changed so many peoples lives in so many ways and that those lives are forever changed. I wanted to tell you that despite what everyone thinks is my view point on the situation I can honestly tell you that it would be impossible for me to ever completely say how sorry I am for the things I've done. For the longest time I have realized that Maranda's family has suffered a tremendous loss and also the fact that there is nothing I can do to ever make up for those losses. I guess my main focus is how if there could be a way to bring her to the people who love her the most. I wish in some way, shape or form I could trade my life for hers and bring her back to her rightful place in this world. I can never fully forgive myself for the things I've done no matter what may happen in the future because I have so many guilty feelings and have hurt so many people. It also puts a great pain in my heart that I hurt someone that I loved so much. What I really want to get across is the sympathies that I have for all her loved ones. The fact that Maranda is gone forever is a very painful concept to fully grasp and understand but the issue that is harder

For me to accept is the reality of the family that has to try and resume their lives as best as then can without a significant loved one there to fill the gaps the they once did. Everyday I think about how it will never be the same for them as it is for me. I cannot imagine the impact this has had on them, from her mother to father, but mostly her daughter. I couldnt imagine trying to explain to someone so young and innocent the reason why their mother isn't going to be a part of their life anymore. It was so selfish of me to take Maranda away from her daughter and I dont think I will be able to forgive myself for that reason alone. Now because of me there is no long that person who brought joy into peoples lives, there is on is empty space now. I wish they still had the oppurtunity to spend time together like they used to but unfortunately that will not be able to happen. Everyday I have lived with these thoughts and they only get worse as time progres es and I dont think that I will ever be able to live with myself for these things I have done. If there was anyway possible I could trade my life for Maranda's I would have done it long ago, she is in a place where she doesn't belong. I know there is nothing that I will ever be able to do to make up for or undo so the world could go back to its natural pace and be devoid from the pain that life should never give anybody. I reach out her everyday and try to tell Maranda all the things I am telling you and tell her there is nothing I wouldnt do to bring her back. even meant trading my life for hers I would gladly

do it without hesitation. I am so sorry for all the people that I've wronged and the lives that have fallen apart. All I can do is try to express how sorry I am and hope you see that this a very sad situation. I will keep reaching out to her in hopes of someday having forgiveness given to me, so as long as she keeps listening to me I will never stop trying.

Chris