CONFIDENTIAL ATTORNEY WORK PRODUCT

INTERVIEW NOTES

INTERVIEWER: Janet Vogelsang
DATE: 3/19/04
RE: Chris Williams

Initial individual interview with Daisy Huckaby, mother of defendant

    Daisy began by discussing Chris's early years. He was first left with a private baby sitter, a grandmotherly woman who charged $20.00 per week. She also kept her grandchildren. One day Daisy came to pick up Chris and another five year old was standing over his crib with a large knife. The crib was nasty. The grandmother acted like it was no big deal. Daisy did not take him back.

    At the age of two, Daisy had a baby sitter named Tammy. She was wonderful. She potty trained Chris.

    At this time Daisy ran her own sandwich shop in Taylors. A Christian couple next door had an antiques shop. The Stone Mfg people came in to eat but other businesses in the area brought in winos and drunks and she had a problem. She had a juke box in her sandwich shop.

    She then put Chris in another nursery, after Tammy was killed in an automobile accident on Wade Hampton Blvd. This nursery was closed after a baby died there. She went to get Chris one day and he was under a table and wouldn't come out.

    During this time, Daisy took Chris to a Halloween party. He held back from other kids and would not wear a mask. The masks frightened him. She told him he couldn't have candy if he didn't come out and put on his mask. He said OK, no candy.

    Chris then went to La Petit Daycare. The following is his school/home timeline as best Daisy can recall:

1. Taylors Elementary            103 Osmond Drive

2. Pine Street School?            Women's Shelter in Spartanburg (two weeks)

3. Taylors Elementary            103 Osmond (house was empty when they returned from shelter; her clothes were burned, crystal broken)

\*\*\*Apparently this was during the time when Daisy caught Dwight having an affair with the woman next door. She filed for divorce. Dwight became violent. Daisy went to the shelter;

when she returned, Dwight had burned clothes. Dwight claims she burned his clothes)

4. Taylors Elementary                Bent Oak Apartments

Daisy began working at JC Penny's. One of her customers at the sandwich shop was killed by a Viet Nam Vet. A friend, Madonna, at Penny's helped her by taking Chris on the weekends. She was told she could not come back to work at JC Penny's because of Dwight's threats. Other employees were afraid. She got a statement from the police that Dwight was not a threat. Penny's gave her money and clothes and money for her divorce. She bought beautiful clothes for herself and Goodwill for Chris. She got $1200 for her part of the house. She had no car.

During this time Chris went for a while to Buena Vista Elementary.

Daisy made friends with a German couple at a hair salon, Studio 1, and they bought her a cheap car, a burgundy Mercury for $1000.00.

(It is very difficult to keep Daisy focused and she stopped the school history at this point)

Daisy then said she paid $50.00 a week for the car. She met a girl at Bent Oaks who was married to a doctor but they were separated because Peggy like to go around in station wagons and go through the garbage cans of wealthy people. It embarrassed her husband who was a doctor. Daisy and Chris would go with her and take things from garbage cans. Then one day she and Chris and Maureen were in the garbage cans and Maureen picked up a bag of needles. They stopped looking for garbage.

Dwight's brother, Miles, told them where their furniture was stored and they got some of their furniture back. Daisy went to work at Studio 1 and was making two hundred dollars a week plus tips. She moved Chris and Maureen to a townhome on Edwards Road (Clifford Terrace). It was a move up but across the street from government housing.

Dwight did not pay child support. All his money went to music. He never spent time with Chris. He was always going to make an album.

At Edwards Road, Dwight would pick up Chris. One time Chris waited and waited but Dwight never showed. Daisy said she had to leave the kids at home to go to work. Chris wanted to see his father every two weeks. He would dress in camouflage. Chris hated to be left alone. Daisy told him if his father didn't show, he would be left alone on Saturdays while she worked.

Daisy said Chris should have never been born. And that Dwight was abusive from the day she married him. She stated she was beaten daily. All Chris ever saw was Daisy getting off the floor with a bloody nose. Dwight called her a goddamn bitch, whore. He would call her 3-5 times a day while she worked. Her coworker Monica Adams can confirm this. Her number is 268-0867.

One time, Daisy's boss took her to the Marriott for dinner. Daisy was miserable because Dwight had been mad when she called to let him know she was going. She got home before eight and he

had torn a drawer out of the kitchen and it was in peices. He said he was just mad and he would fix it.

Daisy said she was always bruised. Dwight hit her with the hose from a Kero Sene heater and left a red mark on her face from her temple over her chest. He choked her so bad she had a ring around her neck.

Priscilla Bruton, the next door neighbor had a husband who was alcoholic and a drug addict. His name was Curt Bruton and was a maintenance worker at Greenville Tec. Dwight had an affair with Priscilla for one year. Priscilla warned Daisy that Dwight's mother Mary Snipes would get rid of her. Priscilla admitted she was "screwing" Dwight.

Daisy confronted Dwight when he came home. He threatened to kill her. They hit each other.

Daisy packed Dwight's clothes and told him to leave. She started breaking up his musical instruments. He got in his van and left. She thinks Priscilla got Dwight hooked on drugs.

Dwight would break into the house and beat the shit out of her. One time she went to pick up Chris at a friend's house. Dwight showed up their stoned and said "Bitch, I am going to blow you away." The friend said he would blow Dwight away if he hurt Chris or Daisy.

Her friend's name was Robin and she cannot remember the last name. She worked at Penny's.

There were many 911 calls during this time.

One time Dwight came and broke in to the house after they separated. . He beat her til she passed out. She heard him call his mother and say "I think I killed her." He was arrested for assault and battery. She was taken to the Greenville Police Department and pictures were taken of her injuries.

Daisy did not want to go with the police and take Chris to the shelter. The police did not feel it was safe for Chris to hear or see what was going on. Her friend Robin gave up because Daisy did not want to protect herself and Chris. After this awful beating, she told the police he would not hurt her. Dwight told the police he had a gun in his trunk and so they couldn't arrest him. The police told her to dress Chris and they took them to the Spartanburg shelter.

When they returned from the shelter Dwight had taken everything. He beat the mailbox to death/

At one point, after Dasiy learned about the affair, she went to the fence and chllenged Priscilla nd Dwight. Priscilla told her she had a gun and would blow her brains out. Daisy picked up a landscape boulder and threw it through Dwight's van window.

Maureen who was out of the home by now, quit her job and came to stay with Daisy and Chris for one year. One day she came to Penny's to go to lunch. Her friend Madonna told her a lady had come to Penny's and left a bag for her. The bag contained sex pictures of Dwight and

Priscilla.

Daisy went to a lawyer on Pettigru. His first name was Daniel and he was disbarred. She went to another lawyer but he laughed in her face because she had no money. She had gotten to know a woman named Sabrina who was dating Richard Warder. Richard's office did her divorce for $1200.00 and she used the proceeds from the house to pay him.

One time Chris saw his mother in the kitchen doing dishes and Chris was playing with Susie the dog. Dwight came in and was foaming at the mouth because Daisy had spoken on the phone to a man about some perfume. He hit her so hard she fell in the floor and hit her head and almost passed out.

Dwight had done everything for her. She did not know how to pump gas or write a check. She had to learn how to get around. She had never been allowed to have friends over. Dwight chased on of her customers and threatened them.

Dwight is bipolar and has been in Charter and the CDV program

His brother Bryant has been in and out of Chestnut Hills.

Before the divorce, Dwight came again to the house and threw a six pack at her. She ran out of the house and up Osmond. The dog Susie followed her. She ran oup Taylor's Main Street and into a graveyard. Chris had begun to run and hide. She told him "If I had a gun I would kill your father." Chris said "You really would Mom?"

Daisy had prayed and prayed. She believed God answered prayers. One Monday God answered her prayers. She had to pick Chris up at school at 2:30 and she went to the mailbox to get the mail before leaving for the school. She saw Dwight coming in his little convertible. For once she didnot shake or sweat. Dwight stopped the car in the driveway and yelled "I'll kick your ass. Get in the house." She yelled "No. You go." She grabbed him in the driveway and they fell sideways in the grass. She grabbed his hair and twisted it until she scalped him. She pulled his hair out by the roots. He was screaming in pain. He was bleeding from the top of his head. Dwight was crying and pleading for her to stop, to let go. Blood was running down his face. That put an end to his beatings.

Daisy was working at Studio One on Edwards Road. She had a customer named Karen Fisher. Karen told her about an older guy named Hans who was from Germany and who would like to meet her His name was Hans Seifert and he had a huge home at 103 Sanderling Lane in Mauldin.

Daisy was 48 years old and Hans was around 60 (Dwight says older). He invited her to his home. He had inherited a lot of money when his father died in a mental institution. He had been in one too.

Hans proposed that Daisy move into his house until he returned from Germany where he went for a couple of months several times a year. He told her after one meeting that when her returned

from Germany they would marry. This was after one meeting. He wanted her to move Chris and Maureen into the home, give her a bank card, allow her $300.00 per day spending money, and when they married he would deed part of the house over to her.

Daisy had begun leaving Chris at home with a babysitter while she worked. He had begun to refuse to stay with a sitter. He and Maureen began singing "We're movin on up" when she told them about the deal with Hans. She called Hans to come over to meet Chris and Chris did not like him. Daisy spent her first night with Hans. Chris was in another bedroom. The next day they went to church.

Hans went to Germany and as promised left her a bank card and she could charge $300.00 per day. She and Maureen and Chris lived in the mall. They shopped every day. They would come home loaded down with bags. The kids could have anything they wanted. "Hans lived on the interest from his money, we lived in the mall."

Chris was given anything his heart desired but he was unhappy. He hated Hans from the beginning.

Daisy and Hans married in November after he returned from three months in Germany. The Hoffmans and the Fishers came to the wedding. Hans dressed everyone for the wedding. They married at a church in Mauldin. Daisy would entertain the neighbors and cook German food through the holidays.

November and December were good months. They had a New Year's Eve party with two or three other couples. Hans was jealous of Chris and Maureen. He said that Chris would end up a criminal because Daisy always said "yes" to him.

The house they lived in was gorgeous. At Christmas there were boxes and boxes of gifts. Chris got a TV and games.

Following the New Years Eve party, Hans revealed to Daisy he was a swinger and wanted her to join him in this lifestyle. She was shocked and sickened and slapped him in the face. Then she went to the apartment of her friend Rodney who had always wanted to marry her but had no money. She was afraid she might have HIV. Hans had shown her pictures of some of his swinger friends. She was disgusted. She filed for divorce. Warder's office handled this divorce.

Hand was always sweet but she slapped him in the face. She told him to get out of the house that the house was half hers. Hans returned to Germany. Rodney comforted her but told her he couldn't afford her.

Then Rodney won $36,000 on his art work.

Daisy went back to the house and changed the locks. Hans moved into a hotel when he returned from Germany. Maureen took Chris to Columbia. Chris was glad to go. He hated Hans.

Warder's office told Daisy she would have to go to court for the house. She didn't want to go to court and didn't want the house. The attorney was stunned. Although they had only been together for two months, the attorney felt she could get quite a settlement given Hans's resources and the fact that Daisy had been deceived about his motives for marriage. She refused. Ultimately she got 10,000.00 which she frittered away on Maureen and Chris.. She also helped Rodney make a down payment on a house. She moved in with Rodney.