Janet Vogelsang, MSW, BCD
12 East Earle Street
Greenville, South Carolina 29609
(864) 271-1777 office
(864) 271-5020 fax

INTERVIEWER: Jan Vogelsang
DATE: 5/31/04
RE: Chris Williams

The following interview was with the sister of the defendant, Maureen Bancuyo

Maureen arrived almost four hours late to the interview. She is in the process of divorcing her second husband. She has received much therapy and claims to be bipolar. She believes her mother and father are both bipolar.

Maureen had to mother Chris. She begged her mother to get pregnant because she wanted a brother or sister. Chris lived with her for a while when she was a student at USC and he never wanted to go home. He felt abandoned when she went to college.

Maureen saw a real change in Chris after he was left alone with Dwight and Daisy. He quit talking, isolated himself and seemed disinterest in the future.

When Daisy married Hans, He helped Daisy get prescription drugs. Daisy threw infamous scenes one of which was in the tub at Hans house. She would pretend some medical condition, have fainting spells. One time when she faked a spell in the tub, Maureen threw cold water on her.

Daisy was never interested in Maureen, only Chris. She saw Maureen as female competition.

Maureen went to the school a lot to handle Chris's problems. Chris just gave up and quit trying. He was also playing around a lot with guns. Her former husband introduced him to guns. Mika, the husband was very militaristic. (There is still confusion over whether she ever married Mika).

One time when Chris lived with her, he grabbed a knife when he was angry with her. That is what he always saw his father do when Dwight was mad at Daisy.

Daisy was always drunk after seven. Rodney drinks with her.

Maureen had to ask Daisy to leave her wedding because she got so drunk at the reception, she was falling down.

Daisy was not there for the birth of her two children.

Daisy's brother is pedophile. He touched her as a child. Daisy told her that this is what happens

to little girls.

Dwight choked and slapped Maureen when she was still a teen because she called the police when he beat Daisy. He told Maureen he was going to shoot her.

As children, Dwight and Daisy both would tell them, "I don't want to know how you feel or what you think."

When Daisy and Dwight divorced, Chris would sit and wait for his father to come get him for visitation. Chris "died" after that divorce.

Daisy drank everything and smoked during her pregnancy. Both parents drank and smoked pot. They told her they smuggled pot to the US in her diaper.

Daisy is a "slip and fall" artist. She has gone so far as to have knee surgery in order to try and get money out of one of her former bosses. Maureen confirmed that Dwight tried to get Chris to forge mortgage papers.

Maureen wanted to learn to play the piano but when she got good, Dwight would not teach her anymore. If she looked better than her mother, Daisy would get angry. When Maureen had to be treated for hyperthyroidism, and got very skinny, Daisy got mad.

Daisy was always seductive. A Dr. Kirkland used to come to their house. One day, Maureen walked in and her mother was on the sofa with her legs spread. Dr. Kirkland was standing over her with his weiner hanging out. She was eight. Daisy told her Dr. Kirkland was looking at her surgery scar.

Daisy had lots of men.

Daisy did not think she was loved unless she was cursed or beaten.

Daisy accused Hans of molesting Chris in an effort to extort money.

Chris was drinking every day after the breakup with Miranda. He had never been interested in alcohol before.

When Daisy was pregnant with Chris, she and Dwight fought morning, noon, and night. They boxed around and Daisy hit the floor many times. She remembers her mother screaming that Dwight was going to make her have another miscarriage. She had one miscarriage before Chris was born.

Dwight was drunk when Chris was born. He went to the hospital drunk. Chris had white curly blonde hair and Dwight was enraged. He thought Chris was some other man's child. Chris didn't look black until he was six years old.

Maureen loved Chris. Chris called her "Mom." Daisy was jealous and would forcibly take Chris away from Maureen. Chris loved Maureen more than Daisy.

Chris cried a lot as a baby. It was hard to settle him down. He slept with Maureen until he was four. She made him go to his room and he cried for three days. Then Daisy let him sleep with her and he did so until fourteen or fifteen years old.

Daisy used to grab Maureen and Chris in the genital area. They hated it. She called Maureen's private parts "twetche" and Chris's "stipfel." Daisy thought it was funny and they hated it. She was say, if Chris protested, "what, I can't see my own boys stipfel?" Maureen has dreams of her mother molesting her. At thirteen, she told her mother she was uncomfortable with her grabbing. She was afraid her mother would be mad.

Chris had pubic hair when Daisy was grabbing him. They were never allowed to close doors.

Dwight and Daisy were oblivious to emergency medical care. Chris broke his arm and was in pain. He cried for two hours and continued to be ignored.. Maureen begged her parents to get him help. On the way to the hospital, Dwight stopped at K-Mart to look at sports equipments. Chris was crying and a customer asked Dwight if he was OK. He had a buckle fracture.

Dwight would use a black belt to beat them. He backed her into a corner and would beat her until she cried. Daisy would break wooden spoons across them.

Chris fell down a lot. He needed a helmet. Once he fell into a console table and hit his head above the eye.

Chris always had a strange gait, he couldn't pick his feet up.

Maureen taught Chris the alphabet at two or three years old. When he was nine, she taught him the bones of the body.

Chris was held back in the first grade because he was disruptive in the classroom. He fought some but not much. He was not violent.

Chris would make friends but lose them right away. He was very controlling. He got a new toy every day and pretended to punish the toy.

We were latchkey kids and left alone a lot.

Maureen saw Dwight punch Daisy in the face. He knocked her across the room and broke her jaw. He ruptured her ear drum. She was in and out of consciousness. She doesn't know if she went to the hospital.

Maureen had ulcers at eleven. She made her mother take her to a doctor.

- Maureen was put on muscle relaxers.

- Maureen left Germany when she was seven. She remembers playing with her half brother and sister in Nuremberg.