

CONFIDENTIAL ATTORNEY WORK PRODUCT

INTERVIEW NOTES

INTERVIEWER: Janet Vogelsang
DATE: 3/18/04
RE: Christopher Williams

Individual interview with Dwight Williams, father of the defendant

Mr. Williams began the interview by handing me two letters written by Chris since he has been incarcerated. He highlighted the section where Chris tells him he wishes the police would have allowed his father to talk to him at the crime and "bring him back to reality."

I took the two letters and told Mr. Williams I would read them later.

Mr. Williams began by talking about his wife's drinking problem. He states that his wife Daisy drank during her pregnancy with Chris.

Mr. Williams said Daisy had a total of four marriages:

1. Uwe
2. Dwight Williams
3. Hans Schlesinger a businessman from Germany
4. Rodney Huckaby

Mr. Williams stated that Hans was 72 years old when Daisy met him but Daisy, in a later interview, said he was 60.

Mr. Williams feels at fault for leaving Chris with Daisy when they divorced. Daisy never shared anything with him about Chris. Daisy belittled him. If he tried to correct Chris, she would distort his attempts and make him look like the bad guy.

In November before the crime, Chris was involved in the burglary of a paintball store. Chris went to Mexico with the co-defendant (he learned this from Rodney, Chris's stepfather). Chris returned from Mexico in three days because he didn't like it there. Dwight did not know any of this until later. He did not know Chris assaulted Miranda before the second incident. He also was not told about Chris's overdose.

After saying he did not know about the original assault on Miranda, Dwight said Chris started coming to his office a lot after the first assault.

Dwight was in the US Army and did two tours of duty. He received an honorable discharge, re-enlisted and received a second honorable discharge. Chris was into the military because he wanted to be like his dad.



One and one half weeks before the shooting, Chris wanted to go to the Army/Navy Store and buy "military stuff." There was some confusing story about a $200.00 money order and how Chris cashed it.

One week before the shooting Chris "misplaced" his car. Dwight thought he was covering up something. The car was gone all weekend. Then Chris and Rodney went to Anderson to get the car. The car had been towed to Anderson. This story makes no sense to Dwight or to me. Will clarify.

After this Chris left Dwight's office and disappeared for two days. Daisy found him at a friend's house. Dwight wanted Daisy to do an APB on Chris. The police found Chris sitting on a neighbor's air conditioner. The shooting was a few days later. Again, this story is confusing to Dwight and must be clarified.

The week before the crime Daisy found shotgun shells in Chris's car and a gun in the closet in their house. She threw the shells over the back fence. Dwight could not believe Daisy and Rodney have guns in the house when Chris had attempted suicide a few weeks before. Daisy told Dwight the gun was gone on the day of the crime. Dwight said "that can't be, he doesn't have a gun." He thinks Wal-Mart sold the gun to him or to Daisy or someone and it ended up with Rodney.

Dwight met Daisy while he was stationed in Germany in 1969. He was a musician and Daisy came into the club where he played. He got her pregnant. Dwight entered the military in 1969 and met Daisy in June of 1970

Dwight and Daisy married in September of 1970. She was pregnant with Chris's older sister Maureen. Daisy was in the process of divorcing Uwe when she met Dwight. She had two children with Uwe, a son named Uwe, and a daughter Sylvia. She had lived with her husband in Nuremberg. She was 20 years old and he thought she was a good mother.

Daisy was 15 or 16 years old when she had her son Uwe. Dwight loved her kids and was like their Daddy.

In 1974, Dwight was still in the Army. He re-enlisted and rotated to Ft. Sill, Oklahoma. Dwight and Daisy brought their new daughter Maureen and Daisy's daughter Sylvia who was five years old, to the states. Uwe wanted to keep his son Uwe. They lived off base. Sylvia only spoke German and was ready to start school. She understood nothing and withdrew. She wanted to go home. Sylvia was sent home to her father.

Dwight tried to give Daisy everything she wanted, a new house, new cars. He got himself deeply in debt.

Dwight stated that Daisy's was abandoned by her mother who got pregnant and left Daisy with her grandmother. Her mother's name is Erica and she married Harold Shade, a white G.I.

Erica told Shade that Daisy was Puerto Rican. Daisy's biological father is unknown. Ms. Leiss, Daisy's maternal grand mother, raised Daisy. When Daisy was 7 or 8 years old, her grandmother got her ready to meet her mother, but her mother didn't show. Daisy never got over it.

Daisy wanted to find her mother around 1990. She found her through the computer and she was living in Idaho. She had other children. Dwight sent her and Chris to Idaho to meet Erica. The meeting went well. They stayed on a farm. After that, they wrote for a while and then dropped the correspondence.

Daisy had never been stable. She burned Dwight's clothes in front of Chris. She burned his army uniform, his medals, ammunition. She poured gas on everything and burned it. There were M16, .45,.50. M60 rounds going off.

Daisy has very bad judgement. She altered Chris's mind about Dwight. Chris didn't want to leave his mother alone. Daisy told Dwight that Hans tried to molest Chris. She manipulated money out of Hans.

One time Daisy got drunk and called Dwight claiming to have been raped. When Dwight refused to confront the guy because he knew Daisy had been drunk and probably allowed the sex, Daisy turned to Chris and made Chris confront the guy. This was right after the assault on Miranda.

For the last six years before the crime, Dwight really didn't know what was going on with Chris. Daisy harbored a hatred for Dwight. Dwight had a great job with Lockheed but lost everything. For a while he had to live in his car. He started drinking and ended up in Patrick Harris Hospital for three weeks. He was diagnosed with depression. Daisy would call the police on him. He was receiving unemployment money from Lockheed which he then spent on alcohol.

After 24 years of marriage, Dwight and Daisy divorced. The divorce was ugly. Dwight rented a storage place for their furniture.

Dwight stated that he graduated from high school at 17 and never had anything in his past but speeding tickets. His father who was divorced from the mother had 20 years in the Air Force. His mother raised three boys alone. She worked in a hospital laundry room cleaning sheets.

Dwight was a bandmaster in the Army. He learned to speak German and his band played for the reopening of the Glockenspiel in Munich. He traveled all over Germany and met kings and queens. He knew the conductor of the Nuremberg Orchestra, Albert? He had a 27 piece band and he plays 17 instruments. Since his divorce he has been unable to listen to music. He has written commercials.

Chris took the written portion of the driver's test 5 times and the driving portion 6 times.

Dwight has a brother named Miles who worked for Ammco at Donaldson for 35 years and

now lives in Tampa. His other brother Bryant, lives with his mother and is disabled. Bryant has had many hospitalizations for mental problems. He had seizures as a child. He was a twin. The other twin was stillborn. He has been epileptic since he was ten years old. Miles has a son Demetrious who was in the Navy aboard Navy subs. He is 24 years old. He and Chris are the only male children left in the family to carry on this branch of the Willliamses.

Daisy was against his mother Mary Snipes. Daisy liked to drink wine with Dr. Levy Kirkland who was much older than her. Daisy accused his brother Miles and Dr. Kirkland of making passes at her.

Dwight and Daisy had neighbors, the Brutons, Priscilla and Curt. The Brutons used to hear Daisy and Dwight fight. Dwight would stay with Priscilla when Daisy would kick him out. Daisy always called his mother a "dirty motherfucker."

Daisy picked up a boulder and busted out the window of Dwight's van.

Dwight's father is Alvin Charles Williams of Tampa.

Dwight used to take Chris hunting.

During one fight with Daisy, she grabbed his hair and literally pulled it out of his head which is why he is thin on top. He was bleeding. She burned his chest with a cigarette and hit him in the arm with a clipboard.

Dwight has a tape of Daisy cursing him.

CONFIDENTIAL ATTORNEY WORK PRODUCT

INTERVIEW NOTES

INTERVIEWER: Janet Vogelsang
DATE: 3/19/04
RE: Chris Williams

Initial individual interview with Daisy Huckaby, mother of defendant

Daisy began by discussing Chris's early years. He was first left with a private baby sitter, a grandmotherly woman who charged $20.00 per week. She also kept her grandchildren. One day Daisy came to pick up Chris and another five year old was standing over his crib with a large knife. The crib was nasty. The grandmother acted like it was no big deal. Daisy did not take him back.

At the age of two, Daisy had a baby sitter named Tammy. She was wonderful. She potty trained Chris.

At this time Daisy ran her own sandwich shop in Taylors. A Christian couple next door had an antiques shop. The Stone Mfg people came in to eat but other businesses in the area brought in winos and drunks and she had a problem. She had a juke box in her sandwich shop.

She then put Chris in another nursery, after Tammy was killed in an automobile accident on Wade Hampton Blvd. This nursery was closed after a baby died there. She went to get Chris one day and he was under a table and wouldn't come out.

During this time, Daisy took Chris to a Halloween party. He held back from other kids and would not wear a mask. The masks frightened him. She told him he couldn't have candy if he didn't come out and put on his mask. He said OK, no candy.

Chris then went to La Petit Daycare. The following is his school/home timeline as best Daisy can recall:

1. Taylors Elementary          103 Osmond Drive

2. Pine Street School?         Women's Shelter in Spartanburg (two weeks)

3. Taylors Elementary          103 Osmond (house was empty when they returned from shelter; her clothes were burned, crystal broken)

***Apparently this was during the time when Daisy caught Dwight having an affair with the woman next door. She filed for divorce. Dwight became violent. Daisy went to the shelter;