Form 25U-254
Revised 1986

THE SCHOOL DISTRICT OF GREENVILLE COUNTY

School: **Taylors Elem**

Student: **Charles Christopher Williams**  Grade: **1**  ID #: **2438258**

Self-Audit Sheet: To be filled out by referring teacher and given to chairman to review before first meeting.

1. **HEALTH**
   Are vision, hearing and speech screening current and adequate?
   (within current school year)

   | | | |
   |---|---|---|
   | Vision (at least 20/30) | **YES** | NO |
   | Hearing (passed screening?) | **YES** | NO |
   | Speech | **YES** | NO |
   | Are there any significant health problems? | YES | **NO** |

2. **SOCIAL**
   | | | |
   |---|---|---|
   | Have you spoken to the student about the problem? | **YES** | NO |
   | His/her parents? | **YES** | NO |
   | Other teachers? | **YES** | NO |
   | Does the student have a history of good attendance? | **YES** | NO |

3. **ACADEMIC**
   | | | |
   |---|---|---|
   | Does he/she have a history of low academic achievement? | **YES** | NO |
   | Has there been a recent change in academic performance? | YES | **NO** |

4. **BEHAVIOR**
   | | | |
   |---|---|---|
   | Is there acting out behavior? | YES | **NO** |
   | Is there withdrawal behavior? | YES | **NO** |
   | Has there been a recent change in behavior? | YES | **NO** |

5. Which of the available resources have been utilized to help solve the problem?
   He attends EIA reading and math classes.

6. What do you perceive the problem to be?
   Very short attention span
   Immaturity

7. Has Social and Developmental History been obtained? **Yes**
   If no, why?

8. Parent notification of referral to Assistance Team and permission for ability and achievement screening.
   Date of Conference **Nov. 1, 1989**
   Parent Signature _____

If being referred to the Assistance Team, please bring the following:
   Self-Audit Sheet
   Student's permanent record, including health card
   Student's levels of instructions and grades
   Samples of student's academic work
   Student's attendance history
   If the problem is behavioral, please include examples.

Signature of referring teacher **Anne S. Wilson**
Date **Nov. 1, 1989**

WHITE: Area  CANARY: School

DEFENDANT'S EXHIBIT NO. 25  DATE:  RPTR DB

Form 250-259
Page 1 of 4
Revised 1986

## OBSERVATION RECORD

The student should be observed in an academic setting by someone other than the referral source. After the observation, the student's teacher should complete column 2.

Student _Chris Williams_    School _Taylor Elem_
Date of Birth _12-11-82_    Referral Source _Fred Wiles_
Place Observed _Classroom_    from _12:45_ to _1:30_
Activity _Math Class_    Size of Group _21_    Date _12/12/89_

|  | Observed by Rater 1 | Observed by Student's Teacher 2 |
|---|---|---|

PART I (The student should be observed a minimum of 30 minutes in order to complete all sections.)      1      2

ORAL EXPRESSION:

Articulation
1. Speech substitutions
2. Speech omissions
3. Speech additions
4. Speech distortions    ✓

Verbal Fluency
1. Does not respond until encouraged
2. Responds with one or more spontaneous remarks but does not continue    ✓
3. Has difficulty recalling the necessary words to allow a smooth flow of ideas    ✓

Vocabulary
1. Uses incomplete sentences and/or incorrect grammar    ✓
2. Vocabulary is limited (primarily simple nouns)    ✓
3. Defines a word by stating its use, few descriptive words are utilized    ✓
4. Is not aware of varied word meanings    ✓
5. Has difficulty recalling words to accurately express ideas    ✓

WHITE - Special Education Consultant    CANARY - Psychologist    PINK - School



DEFENDANT'S EXHIBIT NO. 26 FOR IDENTIFICATION   DATE:   RPTR DB   PENGAD-Bayonne, N.J.

Form 250-260  
Page 2 of 4  
Revised 1986

| LISTENING COMPREHENSION: | 1 | 2 |
|---|---|---|
| **Auditory Attention** | | |
| 1. Easily distracted by noise; may respond inappropriately to noise, activity or motion | ✓ | ✓ |
| 2. Teacher finds it necessary to refocus student's attention | ✓ | ✓ |
| 3. Variability in work sample due to inconsistent attention | ✓ | ✓ |
| 4. Tends to be disorganized and impulsive during listening tasks | ✓ | ✓ |
| **Auditory Discrimination** | | |
| 1. Does not imitate specific sound patterns (e.g. sequence, syllables) | | |
| 2. Has difficulty differentiating beginning, middle and ending sounds | | ✓ |
| **Auditory Memory** | | |
| 1. Is "too attentive" when oral instructions are given; strains to "see" what is being said | | |
| 2. Does not blend sounds or remember sequence of sounds in a word | | ✓ |
| 3. Does not carry out oral directions | ✓ | ✓ |
| 4. Asks for directions to be repeated | ✓ | ✓ |
| 5. Is unable to maintain interest or attention during orally presented lessons | ✓ | ✓ |
| 6. Does not remember what he hears, especially details | ✓ | ✓ |
| **Auditory Comprehension** | | |
| 1. Interprets what is heard in a highly literal fashion | | |
| 2. Fails to comprehend what is said | ✓ | ✓ |
| 3. Has difficulty with abstractions | | ✓ |
| 4. Is unable to get the main idea when information is presented orally due to focusing on details | | ✓ |
| 5. Does not readily reason from available facts | | ✓ |
| 6. Has difficulty comprehending spoken words | | |
| 7. Inadequate ability to perceive feelings and emotional reactions of people | | |
| 8. May require extra time to respond | ✓ | ✓ |
| 9. Avoids tasks requiring listening | | ✓ |

WHITE - Special Education Consultant    CANARY - Psychologist    PINK - School

Form 250-261
Page 3 of 4
Revised 1986

BEHAVIOR:                                                                1    2

1. Has difficulty beginning or staying on task                           ✓    ✓
2. Is easily distracted                                                  ✓    ✓
3. Is restless                                                           ✓    ✓
4. Is impulsive                                                          ✓    ✓
5. Is easily frustrated                                                       ✓
6. Is verbally aggressive
7. Is physically aggressive
8. Blames others for his/her mistakes                                         ✓
9. Is resistant to authority
10. Has difficulty with interpersonal relationships
11. Is moody or inconsistent in behavior                                 ✓    ✓
12. Is immature                                                               ✓
13. Has a poor self-concept
14. Has difficulty accepting praise
15. Is withdrawn
16. Is sad or depressed
17. Is anxious
18. Complains with physical ailments (headaches, stomachache)
19. Displays ritualistic behavior (echolalia, tics)
20. Sits idly                                                            ✓    ✓

PART II (Complete sections applicable to the student's difficulty utilizing
         appropriate resources, i.e. student's work, cumulative records or
         information from the student's teacher.)

WRITTEN EXPRESSION:                                                      1    2

Mechanics of Writing
1. Has difficulty with letter and/or numeral formation                        ✓
2. Has difficulty with word formation                                         ✓
3. Has difficulty with sentence formation                                     ✓
4. Does not orient letters correctly within lines and spaces                  ✓
5. Does not copy accurately from a model or chalkboard                        ✓
6. Prefers printing to cursive                                                ✓
7. Grasps pencil improperly
8. Is disorganized                                                            ✓

Spelling
1. Reverses letters and words (b/d, was/saw)                                  ✓
2. Uses incorrect order of letters when spelling words                        ✓

Written Expression
1. Has difficulty in organizing ideas into meaningful
   paragraphs                                                                 ✓
2. Avoids written work though highly verbal in class
3. Has difficulty writing complete sentences                                  ✓
4. Has difficulty completing assignments within time
   allotted                                                              ✓    ✓

WHITE - Special Education Consultant    CANARY - Psychologist    PINK - School

Form 250-262
Page 4 of 4
Revised 1986

BASIC READING:                                                                                    1        2

1. Loses place when reading                                                                                ✓
2. Has difficulty with letter recognition                                                                  ✓
3. Has difficulty with sight vocabulary for grade
   placement                                                                                               ✓
4. Has difficulty with word attack skills                                                                  ✓

READING COMPREHENSION:

1. Has difficulty noting clearly stated facts and
   important details                                                                                       ✓
2. Has difficulty grasping the main idea                                                                   ✓
3. Has difficulty following a sequence of events in a
   story                                                                                                   ✓
4. Has difficulty reaching conclusions                                                                     ✓
5. Has difficulty understanding terminology used

MATH CALCULATION:

1. Has difficulty with numeration                                                                 ✓        ✓
2. Does not remember mathematics facts                                                            ✓        ✓
3. Has difficulty regrouping
4. Has difficulty with place value                                                                ✓        ✓
5. Other

MATH REASONING:

1. Has difficulty differentiating size and shape                                                           ✓
2. Has difficulty with numeral recognition                                                                 ✓
3. Has difficulty with graphs                                                                     ✓        ✓
4. Has difficulty with time concepts
5. Has difficulty with money concepts
6. Has difficulty with measurement concepts
7. Has difficulty with written and/or oral word problems                                          ✓        ✓
8. Other

Specifically describe pertinent behavior of the student during the observation
period.

Chris did not pay attention during lesson. I had to refocus attention about every 10 minutes. He talked to other students. He looked around the room. He rarely finishes his work or finishes classwork.

Observer's Signature _Carol Hood_ Position _Math Teacher_

_Anne S. Wilson_ _Teacher_

WHITE - Special Education Consultant    CANARY - Psychologist    PINK - School

Form 305                            THE SCHOOL DISTRICT OF GREENVILLE COUNTY

## EVALUATION SUMMARY

ID NUMBER: 2430258          SCHOOL: Taylors Elementary           GRADE: 1 repeating

AREA CASE #: NE 8805        NAME: Chris Williams                 FIRST EVALUATION

DATE EVALUATED: 9-25-90     ADDRESS: 103 Osmond Drive            PHONE: 244-9648
                                     Taylors, SC 29687

DATE OF BIRTH: 12-11-82     PARENTS: Dwight & Daisy Williams     RACE/SEX: B/M

CHRONOLOGICAL AGE: 7-9      EXAMINER: Janet L. Hawkins

---

### Tests Administered:

Wechsler Intelligence Scale for Children - Revised (WISC-R)
Bender Visual Motor Gestalt Test
Woodcock-Johnson Psycho-Educational Battery - Tests of Achievement
Woodcock-Johnson Psycho-Educational Battery - Tests of Cognitive Ability
House-Tree-Person (HTP)
Incomplete Sentences

### Summary of Test Results:

This evaluation finds Chris to be functioning within the average classification of intelligence for his age group. Overall verbal and performance abilities were measured as fairly evenly developed both falling within the average range. Verbal concept formation and nonverbal sequencing skills were indicated as areas of relative strength. Visual motor skills functioning was indicated as an area of relative weakness. Academic achievement testing indicated significant discrepancies between Chris' ability and achievement in the areas of basic reading skills and listening comprehension. Test results indicate Chris meets criteria for special education services at this time.

Test results indicate that Chris meets the criteria for special education as a Learning Disabilities student at this time. Based on evaluation results, it is recommended that a Multidisciplinary Team be convened.

If you wish a conference concerning this evaluation, please call the undersigned.

DEFENDANT'S EXHIBIT NO. 27

Janet L. Hawkins
School Psychologist II
848-2410

---

WHITE - Special Education Consultant         PINK - Student's Cumulative Record
CANARY - Parent                              GOLDENROD - Psychologist

Form 304  
Page 1

THE SCHOOL DISTRICT OF GREENVILLE COUNTY

PSYCHOLOGICAL EVALUATION

| | | |
|---|---|---|
| ID NUMBER: 2430258 | SCHOOL: Taylors Elementary | GRADE: 1 repeating |
| AREA CASE #: NE 8805 | NAME: Chris Williams | FIRST EVALUATION |
| DATE EVALUATED: 9-25-90 | ADDRESS: 103 Osmond Drive Taylors, SC 29687 | PHONE: 244-9648 |
| DATE OF BIRTH: 12-11-82 | PARENTS: Dwight & Daisy Williams | RACE/SEX: B/M |
| CHRONOLOGICAL AGE: 7-9 | EXAMINER: Janet L. Hawkins | |

SOURCE OF REFERRAL (NAME AND TITLE): Anne Wilson, Teacher

Reason for Referral:

Chris was referred for a psychological evaluation for the purpose of assisting school personnel in planning an educational program.

Screening Information:

DOMINANCE: Right              VISION: 9-28-89 20/30 D; 20/30 N  
HEARING: 11-16-89 Passed   SPEECH: 9-89 Passed  
                                         LANGUAGE: 9-89 Passed

Background Information:

Chris is currently repeating the first grade at Taylors Elementary School. School records indicate that he attended kindergarten at Taylors and has had consistently good attendance. Chris' teacher reports that he is very distractible in the classroom and has difficulty attending to complete tasks. She adds that he exhibits a high energy level and has difficulty staying seated at times. Chris has been receiving remedial services in the EIA programs for reading and mathematics. A classroom observation of Chris indicated consistent difficulties with listening comprehension, written expression, reading and mathematics. Intervention strategies which have been attempted with Chris included seating him away from distractible areas, using a timer to help him increase time on tasks, and having him visit the office at the end of the week to share his work with the principal. There is no improvement noted following any of the interventions listed.

Social and Developmental History completed by Chris' father indicates that he was born at 7 lbs. following a normal nine months pregnancy and uncomplicated birth. There were no major illnesses or injuries noted. It was indicated that Chris had to have an eye operation when he was two years old. His present health is described as excellent and he is on no medication. Parents have not noted social or emotional difficulties in the home environment. Chris' attitude towards school was indicated as positive. Mathematics was listed as his favorite subject. Chris' father comments that Chris will finish his homework at home once he understands what to do. He feels Chris has difficulty at times understanding explanations given to him. There were some indications of difficulty with peer relationships in the neighborhood. Family relationships were reported as "great."

Form 304                                                          NAME: Chris Williams
Page 2                                                            DOB: 12-11-82

Behavioral Observations:

Rapport was easily established with Chris and he readily accompanied the examiner to the evaluation session. Chris appeared to enjoy the attention of the one-to-one situation an spoke openly with the examiner. A number of verbal items had to be repeated for Chris to understand correctly. Chris reported that he enjoyed the Picture Arrangement and Object Assembly subtests on the WISC-R. He also reported to the examiner that he liked for people to call him Chris although his mom and dad call him Charlie. On a number of occasions Chris' conversation would drift from the subject of the testing to other things that were on his mind at the time. For example, on two different occasions he went into a long explanation of a pet snake he had had who had gotten loose at one point. It was necessary at times to refocus Chris' attention back to the task at hand. Distractibility may have been a factor in minimizing certain of the individual scores on the testing. Overall test results are considered valid indicators of Chris' functioning level.

Tests Administered:

Wechsler Intelligence Scale for Children - Revised (WISC-R)
Bender Visual Motor Gestalt Test
Woodcock-Johnson Psycho-Educational Battery - Tests of Achievement
Woodcock-Johnson Psycho-Educational Battery - Tests of Cognitive Ability
House-Tree-Person (HTP)
Incomplete Sentences

Test Results:

WISC-R:         Verbal IQ - 103        Performance IQ - 96        Full-Scale IQ - 100

                     Scaled Score                                  Scaled Score

            Information     -  12         Picture Completion   -  11
            Similarities    -   9         Picture Arrangement  -  13
            Arithmetic      -   9         Block Design         -   9
            Vocabulary      -  14         Object Assembly      -   8
            Comprehension   -   9         Coding               -   7
            Digit Span      -   9

WOODCOCK-JOHNSON PSYCHO-EDUCATIONAL BATTERY

|  | Grade Score | Percentile | Standard Score |
|---|---|---|---|
| Reading Cluster | | | |
|    Letter-Word Identification | 1.4 | 18 | 86 |
|    Word Attack | 1.0 | 10 | 80 |
|    Passage Comprehension | 1.3 | 11 | 81 |
| Written Language Cluster | | | |
|    Dictation | 1.7 | 25 | 90 |
|    Proofing | 1.4 | 15 | 84 |
| Memory Cluster | 1.0 | 8 | 79 |

Form 304                                              NAME: Chris Williams
Page 3                                                DOB: 12-11-82

BENDER-GESTALT:  Age Appropriate 6-6.5     Standard Score: 76

Discussion and Recommendations:

Intellectual assessment was completed with the Wechsler Intelligence Scale for Children - Revised. On this administration Chris achieved a Verbal score of 103, a Performance score of 96 and a Full Scale score of 100. The chances that the range of scores from 97 to 103 includes his true IQ are approximately 68 out of 100. Chris' score places him within the average classification of intelligence when compared with other students of his age in the standardization sample. Overall verbal and performance abilities are measured as fairly evenly developed both falling within the average range. There were relative strengths noted with verbal concept formation and nonverbal sequencing skills. A relative weakness was noted on a subtest requiring extended attention to a visual motor task.

Academic achievement measures were taken with the Woodcock-Johnson Psycho-Educational Battery. Reading word recognition achievement fell at the 1.4 grade level. Word attack skills fell at the 1.0 grade level and reading comprehension fell at the 1.3 grade level. All reading scores are relatively low for Chris' aptitude and chronological age. There is a significant discrepancy noted between Chris' ability level and achievement in the area of word attack skills. Mathematics calculation fell at the 2.1 grade level and within expectancy range. Writing skills were measured at the 1.4 to 1.7 grade level. These fall within expected limits for his aptitude. A measure of listening skills placed Chris at the 1.0 grade level and was significantly discrepant from ability. At this time Chris is demonstrating significant discrepancy between aptitude and achievement in the areas of basic reading skills and listening comprehension.

The Bender Visual Motor Gestalt Test was administered as an indicator of development and functioning of visual motor integration skills. Chris' reproduced designs included the number of scoreable errors expected of average students of approximately ages 6 to 6.5. A standard score of 76 was indicated according to the Koppitz scoring system. Visual motor skills functioning was indicated as an area of relative weakness for Chris. This would indicate that Chris may take extra time to complete written assignments and overall writing skills should be closely monitored.

Personality screening testing indicated tendencies towards impulsivity with suggestion of tension and feelings of inadequacy in peer relationships. Chris did appear to have good feelings relating to his family and his teachers.

In summary, this evaluation finds Chris to be functioning within the average classification of intelligence for his age group. Overall verbal and performance abilities were measured as fairly evenly developed both falling within the average range. Verbal concept formation and nonverbal sequencing skills were indicated as areas of relative strength. Visual motor skills functioning was indicated as an area of relative weakness. Academic achievement testing indicated significant discrepancies between Chris' ability and achievement in the areas of basic reading skills and listening comprehension. Test results indicate Chris meets criteria for special education services at this time.

The following may be helpful in working with Chris:

1. For the student's problems in auditory memory these methods might be helpful:
    A. Use "eyeball to eyeball" conversation when giving directions or presenting material.
    B. Reinforce auditory material with visual material

Form 304  NAME: Chris Williams
Page 4   DOB: 12-11-82

      a. Write assignments on the chalkboard.
      b. Write lists or draw maps to help locate things.
      c. Write step-by-step instructions.
   C. Try to relate facts, dates, or information to significant personal events of the student's own life.
   D. Reward remembering instead of punishing for forgetting.
   E. Teach mnemonic memory devices to help improve the student's memory.
   F. Have the student repeat what has been presented to him/her.
   G. Speak slowly and enunciate clearly. Emphasize important material.
   H. Use short quizzes for reminding – <u>not tests</u>.
   I. Try to give reminder checklists when possible.

2. Try to decrease <u>competing</u> auditory stimuli.

3. Due to the student's short attention span, these activities might be useful:
   A. Break presented material into short, concise units.
   B. Try to relate material presented to events that have personal interest to this student.
   C. Allow the student frequent breaks.
   D. Avoid long complex lectures.
   E. Reward attentive listening instead of punishing lack of attention.
   F. Provide visual attention grabbers to keep the student's attention.
   G. Try to actively engage the student. Have him/her take notes or respond to questions.
   H. Vary tone and volume of verbal presentation. Emphasize certain words or phrases.
   I. Engage the student in class discussions.

4. Make up nonsense sentences with this student using the same letter at the beginning of each word. Examples could include "Bad Billy bit blueberries," or "Holy Harry has hot hands."

5. Give this student two cards numbered one and two. As you say a word, instruct him/her to listen for a specific sound and indicate whether he/she heard it at the beginning or ending of the word by holding up card #1 or #2.

6. Since this student displays good cognitive skills, use of language experience stories and the cloze technique of having the student fill in a missing word in a sentence may be good activities through which to build the student's reading skills.

7. After this student has read a story, distribute three or four sentences which indicate a sequence of events pertaining to the story. Have the student arrange them in proper order.

8. Give this student dot-to-dot puzzles to complete. The puzzles should become increasingly more difficult. Have the student develop his/her own dot-to-dot puzzles for other students to complete.

9. Ditto sheets can be purchased (or teacher-made) that are designed to teach visual perception skills. Find the objects or shapes that are different, match the same objects, find objects in varying special positions, and separate the shapes and figures from the background.

10. Provide a simplified, calm, uncluttered, unhurried environment for short term goals.

Form 304  
Page 5

NAME: Chris Williams  
DOB: 12-11-82

11. Provide changes of activity and pace as situation demands. Stress quality not quantity.

12. This student needs to develop his/her self confidence through frequent success with school work. More positive contacts with his/her schoolmates should be arranged, and he/she should be made to feel comfortable and useful within the classroom. Help the student to develop a skill that others will praise, give personal and class recognition to his/her work when it is deserved, and encourage participation within small group settings.

Recommendations:

Test results indicate that Chris meets the criteria for special education as a Learning Disabilities student at this time. Based on evaluation results, it is recommended that a Multidisciplinary Team be convened as a result of a discrepancy in the following areas:

Listening Comprehension  
Basic Reading Skills

*Janet L. Hawkins*  
Janet L. Hawkins  
School Psychologist II  
848-2410