CONFIDENTIAL ATTORNEY WORK PRODUCT

INTERVIEWER: Janet Vogelsang
DATE: 4/15/04
RE: CHRIS WILLIAMS

Interview with Chris Williams

Chris talked about the weeks before the crime in which he had given up and felt a sense of hopelessness. Following the crime he recalls his hands shaking and not believing what he had done. He recalls feeling like a caged animal, he heard the helicopter and the sirens.

Chris recalled that his mother always drank. She told him that after drinking for 35-40 years you couldn't just stop. Daisy just drinks and cries. She is a drama queen. Chris felt like a middleman between mom and her boyfriends.

Daisy and her current husband Rodney argue a lot. Things were really bad last summer between them. Rodney would mark a calendar with their bad days and the calendar was full. They would fight every night. Daisy would be drunk and out of hand.

Daisy would emotionally plea for Chris and Rodney to get along but when they would try she would accuse Rodney of trying to come between her and Chris.

Daisy is a perfectionist. If you spill ice cubes she goes ballistic.

The following story needs clarification: Daisy accused Miranda of taking money from Rodney's box of coins, two to three hundred dollars. Chris had picked Miranda up at Alligators, 2-3 days after they had split up after ?one of them had been in the hospital for pills? Daisy also blamed Chris. He offered to take a lie detector test and Daisy looked sick about this. He believes Daisy stole Rodney's money.

From late July to early August of 2003, Daisy was gone all the time meeting guys, one just a guy from a gas station.

After the first assault on Miranda, Daisy was going out to get money for a lawyer. I asked Chris if this meant she was prostituting for the money and he said yes.

Chris said his mother was running around like a wild woman before all this happened but especially in the months before the crime. She would go to Applebee's and the manager would ask her to leave. He has gone looking for her after midnight and seen her driving drunk down the opposite side of Woodruff Road. He made her get over to let him drive when a policeman pulled up to check on them. He was really nervous because this was only two weeks after his assault on Miranda.

Daisy was messing around with a neighbor from their old apartments and having sex

with him. During the weeks before the crime, Daisy claimed George had raped her. She wanted Chris to confront him and beat him up. Chris did not want to get involved. He was under so much pressure.

Daisy would tell Chris "I hope you go to prison and end up like your Dad."

Chris said that he liked to be quiet and that he hated to argue, preferred to walk away. But Daisy would follow him. He would lock the door to his bedroom and she would threaten to call the police.

Chris said his mother was a mean drunk. She was always wanting to give Chris baths. He slept with her until he was a teenager. Maureen would get on him and tell him to say no.

Daisy hit on Silvaggio, showing off her legs to him. It made Rodney sick.

Daisy told Chris she was going for a walk but Chris saw her grab her heels and her purse and head into the garage next door. He suspected she was having sex with the neighbor, Gary. At 4 am one morning he heard noise in the living room and found Daisy dancing with Gary. Rodney was at work. It startled Gary when Chris walked into the living room. He had had a good relationship with Gary.

Daisy also met a guy at the Hungry Fisherman and brought him home and was kissing him.

Miranda was like "Daisy."