Anne Wilson--Teacher at Taylors Elementary school for past __ years. Taught 1st grade until this school year. Was Chris Williams first 1st grade teacher.

- Concerns about "Very Short attention span, immaturity" as early as November 1989.

- Chris couldn't grasp the correct words when he was thinking of a word.

- Had attention issues compared to other first graders. Focus issues. Issues processing information.

- Questioned whether he had a learning disability.

- Wasn't hyper—Chris sat and stared, and you could tell the wheels were not turning.

- Chris scored "not ready" for first grade. Needed an 88 out of 117, Chris scored a 79.

- Chris was retained for a second year in first grade.

- Report card/ test results

    - Chris had average capacity, performed underneath his capacity.

    - Chris was tested for resource classes to receive extra help.

- To get resource help—Chris needed to show (and did show) that he had average capacity, low performance. Normally, teachers wait for the second year of first grade to attempt to get a child into resource classes. This was unusual

- Remembers Daisy—picking on my child, too hard on my child. Was negative about the efforts, instead of recognizing that the teachers were trying to help.

Documents

- First grade report card showing Needs to improves

- Document showing concerns re: "Very short attention span" and "immaturity" as early as November 1, 1989.

- Observation record filled out by Anne Wilson for purposes of resource class referral.

- Evaluation summary

- Standardized test scores

- (second) first grade report card showing continuing behavioral problems.

- Third grade report card with unexplained absence of 20 school days for third quarter.