CONFIDENTIAL ATTORNEY WORK PRODUCT

INTERVIEWER: Janet Vogelsang
DATE: 4/29/04
RE: CHRIS WILLIAMS

Interview with Chris Williams

Chris's mother Daisy was dependent on him for company. He had a friendship with his mother.

Over the summer before the crime, Daisy's drama peaked. She was drinking 8-9 glasses of wine per day and was really out of control.

When she was drinking, Daisy was cursing, screaming, yelling and explosive. Anything sets her off.

One night, Chris did not want to come in from the porch and she threatened to call the police. She would fake a heart attack and they would call an ambulance and she would go to St. Francis. She did this once when she was married to Hans. She was laid out in the floor.

Daisy would mix alcohol and xanax.

Chris had saved $3500.00 to buy a Mustang. He worked six months to save for the car.

Miranda was pregnant by another guy five months before she dated Chris. Chris wanted them to have quiet pursuits. He would go to bars and wait for her in the car. She always wanted to drink and drug.

After Chris and Miranda went to the beach on May 25th, 2000, they were farther apart. She called him after this trip and he told her a die hard alcoholic gets old. She wanted someone who did what she wanted. He asked her why she had to drink all the time. When he was supposed to be in court over the paintball charge, he was in front of a bar waiting for Miranda. She had been snorting coke. Then he couldn't find the courthouse.

They split up one week after Chris went to the hospital on a suicide attempt. She kept calling him crazy. She would also call and tell him about other dates. She gave him false hope that they would get back together. He was affected by what she said. He believed her that they would get back together. They dated a total of three months.

When Chris first arrived at Bi-Lo he wanted to go home. He just wanted to talk to her and them kill himself. He was going to o get the sleeping pills when he was arrested. There was a million things running through his mind. He really just wanted to scare Miranda.

Daisy told Chris that his grandmother Mary was going to pay off Priscilla's (neighbor) credit card if she would kill Daisy.

Daisy has mood swings.

Chris said he was picked on in school, tormented and called names so he picked on others smaller. This was in the third and fourth grades. The black kids made fun of him because he didn't like rap and crack. They called him a sissy. When he was playing ball they called him he/she.

Chris hated his father for the divorce and the affair and being called "poor."