in numerous affairs (Divorce records)

Daisy claimed that Dwight never kept visitations with Chris but court records indicated that she was preventing the visitations. (Divorce records)

1992-1993

Third grade, Taylors Elementary

Chris began the school year at Taylors. During the third quarter he was transferred to Buena Vista. The reason is unclear. Taylors recommended moving him out of LD resource because he was moving out of the district. He attended Buena Vista for the third quarter and returned to Taylors for the fourth quarter. Daisy was erratic in attending conferences. He appears to have gotten much more attention to his problems during his one quarter at Buena Vista.

On one document, the recommendation is that Chris direly needs resource and then it is recommended in another document that he be moved out of resource because he is going back into a Greenville County School (Buena Vista). The Buena Vista documents state that he needs more than resource classes to address his behaviors (poor social skills, shifting blame, drawing and playing constantly (Taylors and Buena Vista Elementary records)

TEN YEARS OLD

JANUARY 1, 1993

CW is treated for dysuria (Kevin Smith, MD, medical record)

JANUARY 11, 1993

Stomach hurts; burning with urination for four days

Bladder infection two years ago now burning with urination for one day, now no burning but hurting in stomach when urinates. Wets bed constantly at night only for one and one

half years. (Kevin Smith, MD, medical records)

**JANUARY 22, 1993**

Contacted Daisy Williams, has been disconnected! (Kevin Smith medical records)

**JANUARY 23, 1993**

Dwight Williams is admitted to Patrick B. Harris Psychiatric Hospital. He was admitted with a depressive reaction. Upon admission potentially dangerous to self, others or property. In need of a controlled environment.

Patient with complaints of dysphoria, anhedonia, poor eating, poor energy and concentration as well as mood behavior lability. He is angry and depressed with his wife over a breakup of their relationship. He has threatened his wife and has been arrested on at least two occasions recently for threatening and/or striking his wife. He presently states that he might harm himself or his wife and cannot reliably contract not to become violent. He has no job, lives in his car and has problems with the relationship with his mother as well. Charges related to attacking his wife are pending. A friend brought the patient to PH and she states that she has known him for sometime. She states prior to four to five months ago patient was not known to be violent and his behavior has changed.

Wife is "unstable." He has one sibling with seizures, one sibling is normal. The sibling with seizures has multiple difficulties. Patient's parents were divorced when he was ten years old.

There are no hallucinations or clear delusions except the obsessions with his wife. When he is alone he has thoughts of harming self with a specific plan of attaching a hose to a muffler and dying by carbon monoxide poisoning. History of fair functioning in the past.

Provisional Diagnosis at admission, Major Depressive Episode, severe.

Need to notify his wife upon discharge.

Under the Hospital History and Physical Part I-History
Dwight tells physician he has threatened wife and feels he may harm self and wife.

Dwight has nightmares that someone is out to get him and stab him. Sometimes gets drunk at night.

Individualized Treatment Plan indicates pt was suicidal and homicidal on admission