TAYLORS FAMILY PRACTICE
Kevin S. Smith, M.D.
400 West Main St.
Taylors, SC 29687
(803) 268-1103

3/18/93.

Dear Daisy Williams,

    This letter is concerning your son Christopher. You need to call and schedule a re-check appointment for him. His urine culture tested positive for infection. If left untreated it could lead to future kidney damage.

Sincerely,

Kevin S. Smith, M.D.

TAYLORS FAMILY PRACTICE PROGRESS NOTE

Patient Name: Christopher Williams    DOB

| Date | Chronological Record of Medical Care |
|---|---|
| 1-11-93 | Wt: 67   Ht: ____   Temp: 98.4   BP ____<br>Allergies: NKDA<br><br>Meds: NONE<br><br>Chief Complaint: stomach hurts/burning w/ urination (x 4 days) H- bladder infection x 2 years ago, now burning with urination x 1 day, now no burning but hurting in stomach when urinated, wets bed constantly at night only x 1½ years.<br><br>P abd - soft, flat, maybe slight tenderness at mid-suprapubic area s̄ guard, reb<br>genitals - nl circ, no hernias<br>U/A →<br>U/A → some clumps of WBC small |

P ① Fluid ?

② ↓ junk, ↑ good food
   explained
③ mom
④ Maalox
⑤ Carafate 1 6m a.c. × 10 d
⑥ Recheck 1-2 months
   no better can do
   
   UA
   urine c&s
   TB skin test
   fasting SMAC
   CBC
   amylase, sed rate
   
   O E/P
   stool heme
   
                    Smuts